Navy-Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS ERRONEOUSLY APPLIED THE STANDARD FOR ASSESSING PREJUDICE AFTER FINDING CONSTITUTIONAL ERROR BASED ON UNITED STATES v. FULLS, 75 M.J. 350 (C.A.A.F. 2016).

No briefs will be filed under Rule 25.

### U.S.
### v.
### Roberto J. MADRIGAL
### No. 17-0577/AR

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA 20160683

### DAILY JOURNAL
Petitions for Grant of Review Filed

### U.S.
### v.
### Mark A. LEVRIE
### No. 17-0496/MC

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA 201500375

### DAILY JOURNAL
Petitions for Grant of Review Denied

